# EXHIBIT 3

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

VITAL PHARMACEUTICALS,
INC., d/b/a VPX and as BANG
ENERGY, a Florida Corporation,   CASE NO. 2020-CA-017030

    Plaintiff,

v.

BALL METAL BEVERAGE
CONTAINER CORP., d/b/a/ BALL
METAL, a Colorado Corporation,

    Defendant.
_____/

**BALL METAL BEVERAGE CONTAINER, CORP.'s NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on November 4, 2020, Defendant Ball Metal Beverage Container Corp. ("Ball Metal"), filed in the United States District Court in and for the Southern District of Florida, Fort Lauderdale Division, its Notice of Removal of the above-entitled action from the 17th Judicial Circuit Court of Broward County, Florida to the United States District Court in and for the Southern District of Florida, Fort Lauderdale Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. *A true and correct copy of said Notice of Removal is attached to this Notice of Filing as Exhibit "A" and is served and filed herewith.*

PLEASE TAKE FURTHER NOTICE that filing of this Notice with the Clerk of the Circuit Court for Broward County, Florida, serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this Circuit Court from proceeding further in this action, unless and until this case is remanded hereto by the United States District Court.

1

2

Dated: November 4, 2020                                    Respectfully submitted,

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC**
Two South Biscayne Boulevard
Suite 1600
Miami, FL 33131
Tel.: (305) 614-1400
Fax: (305) 614-1425

By:   */s/ Ian M. Ross*
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
TIMOTHY A. KOLAYA
Florida Bar No. 056140
tkolaya@sfslaw.com
docketing@sfslaw.com

***ATTORNEYS FOR DEFENDANT BALL METAL BEVERAGE CONTAINER CORP.***

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Florida Courts E-Filing Portal. I also certify that the foregoing document is being served on Plaintiff's counsel by e-mail generated by the E-Portal system.

/s/ *Ian M. Ross*
IAN M. ROSS

## SERVICE LIST

**NELSON, MULLINS, BROAD AND CASSEL**
Scott D. Knapp
Email: scott.knapp@nelsonmullins.com
William E. Baldwin
Email: william.baldwin@nelsonmullins.com
100 S.E. Third Ave.
Fort Lauderdale, Fla. 33394
Tel:   954.764.7060

*Counsel for Plaintiff*