UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 20-cv-62253-AMC

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX and as BANG ENERGY, a
Florida corporation,

    Plaintiff,

vs.

BALL METAL BEVERAGE CONTAINER
CORP. d/b/a BALL METAL, a Colorado
Corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Vital"), and Defendant, Ball Metal Beverage Container Corp., d/b/a Ball Metal ("Ball Metal"), through their respective counsels, that the action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees and costs, and expenses.

Respectfully submitted this 31st day of July, 2024.

*/s/    Scott D. Knapp*
Scott D. Knapp
Florida Bar No. 016688
Nelson Mullins Broad and Cassel
100 S.E. Third Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Phone: (954)764-7060 / Fax: (954)761-8135
Scott.Knapp@NelsonMullins.com
Traci.Lewis@NelsonMullins.com

*Counsel for Vital Pharmaceuticals, Inc.*
 *d/b/a Bang Energy*

*/s/ Ian M. Ross*
Ian M. Ross
Florida Bar No. 091214
Sidley Austin LLP
1001 Brickell Bay, Suite 900
Miami, FL 33131
Tel.: (305) 391-5218 / Fax: (212) 839-5599
iross@sidley.com

*Counsel for Ball Metal Beverage Container Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve the foregoing by transmission of a Notice of Electronic Filing generated by CM/ECF upon all counsel of record.

*/s/ Scott D. Knapp*
Scott D. Knapp
